**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SARAH STRBA, individually and on behalf of all others similarly situated, | : | Civil File No. 2:26-cv-00610 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CREATIVE CAPITAL GROUP LLC | : | |
| | : | |
| Defendant. | : | |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS _____ DAY OF _____, 2026.

_____
United States District Judge