# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SARAH STRBA, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>CREATIVE CAPITAL GROUP LLC<br><br>        Defendant. | Case No. 2:26-cv-00610 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Respectfully submitted,

  /s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 4, 2026, I caused the foregoing to be electronically filed

with the Clerk of the United States District Court for the Western District of Pennsylvania using

the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich